1

2

3

4

5

6

7                                    UNITED STATES DISTRICT COURT

8                                          DISTRICT OF NEVADA

9                                                  * * *

10   FREDERIC GREEN,                          )
                                              )
11                                            )
                            Plaintiffs,       )        2:13-cv-00024-APG-NJK
12   vs.                                      )
                                              )
13   SGT. PORTILLO, et al.,                   )        ORDER
                                              )
14                                            )        (Docket No. 27)
                            Defendants.       )
15   _____ )

16          Pending before the Court is Plaintiff's motion, filed on December 18, 2014, for an extension

17   of a deadline established by the scheduling order.  Docket No. 27.  Specifically, Plaintiff is seeking

18   to extend the discovery deadline from January 1, 2015, to January 22, 2015.  *Id.*, at 3.  Plaintiff,

19   proceeding *pro se*, represents that he has limited access to the law library and received his first set

20   of discovery responses from Defendants on December 10, 2014.  *Id.*, at 2.  Accordingly, for good

21   cause appearing, Plaintiff's motion for an extension (Docket No. 27) is hereby **GRANTED**.

22          IT IS SO ORDERED.

23          DATED: January 5, 2015

24

25                                            _____

26                                            NANCY J. KOPPE
                                              United States Magistrate Judge

27

28