**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| FREDERIC GREEN,<br><br>        Plaintiff,<br><br>  v.<br><br>MANUEL PORTILLO and DWIGHT NEVEN,<br><br>        Defendants. | Case No. 2:13-CV-00024-APG-NJK<br><br>**ORDER DIRECTING THE PARTIES TO FILE A PROPOSED JOINT PRETRIAL ORDER** |

IT IS ORDERED that the parties shall file a proposed joint pretrial order in conformity with the Local Rules on or before November 13, 2015.

DATED this 5th day of October, 2015.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE