**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| FREDERIC GREEN, | ) | |
| Plaintiff(s), | ) | Case No. 2:13-cv-00024-APG-NJK |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| MANUEL PROTILLO, et al., | ) | |
| | ) | |
| Defendant(s). | ) | |

For good cause shown, the early neutral evaluation session in this case is hereby RESET for March 11, 2016, at 9:30 a.m.  All other aspects of the Court's order at Docket No. 54 remain in effect, and the Court expects strict compliance with them.

IT IS SO ORDERED.

DATED: December 18, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge