# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| FREDERIC GREEN,<br><br>               Plaintiff,<br><br>    v.<br><br>MANUEL PORTILLO and DWIGHT NEVEN,<br><br>               Defendants. | Case No. 2:13-cv-00024-APG-NJK<br><br>**ORDER DENYING MOTION FOR AN INJUNCTION FOR BREACH OF SETTLEMENT AGREEMENT**<br><br>(ECF No. 69) |

       Plaintiff Frederic Green moves to enforce the settlement agreement reached in this case. ECF No. 69. A "federal court has jurisdiction to enforce a settlement agreement in a dismissed case when the dismissal order incorporates the settlement terms, or the court has retained jurisdiction over the settlement contract." *Alvarado v. Table Mountain Rancheria*, 509 F.3d 1008, 1017 (9th Cir. 2007). Here, the dismissal order does not incorporate the settlement's terms. ECF No. 67. The court did not retain jurisdiction over the settlement agreement either at the hearing at which the settlement's terms were read into the record or in the order of dismissal. ECF No. 65, 67. I therefore lack ancillary jurisdiction to resolve Green's motion to enforce the settlement agreement. Consequently, I deny the motion, without prejudice to Green suing for a breach of contract in another forum.

       IT IS THEREFORE ORDERED that plaintiff Frederic Green's motion for an injunction for breach of settlement agreement **(ECF No. 69) is DENIED** for lack of jurisdiction.

       DATED this 21st day of April, 2017.

                                                  ANDREW P. GORDON
                                                  UNITED STATES DISTRICT JUDGE